**Order entered October 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00787-CR

### ROY LEE TANNER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-76344-Q**

## ORDER

The Court notes that the record does not contain the trial court's certification of appellant's right to appeal. Additionally, although court reporter Kendra Thibodeaux indicated in the exhibit volume that State's Exhibit No. 4 would be filed separately, she has not yet filed the exhibit.

Accordingly, we **ORDER** the trial court to prepare and file with this Court, within **TEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial court proceedings. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** court reporter Kendra Thibodeaux to file, within **TEN DAYS** of the date of this order, a supplemental record containing State's Exhibit No. 4, a DVD.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tammy Kemp, Presiding Judge, 204th Judicial District Court; Kendra Thibodeaux, official court reporter, 204th Judicial District Court; Felicia Pitre, Dallas County District Court; and to counsel for all parties.

/s/     ADA BROWN
       JUSTICE